(Official Form 1)(12/03)

| United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**BALGEMANN, HENRY F.** | Name of Joint Debtor(Spouse)(Last, First, Middle):<br>**BALGEMANN, KAY K.** |
|---|---|
| All Other Names Used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names Used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br> DUGAN, KAY |
| Last four digits of Soc. Sec. No. / Complete EIN or Tax I.D.<br>No. (if more than one, state all): 3374 | Last four digits of Soc. Sec. No. / Complete EIN or Tax I.D.<br>No. (if more than one, state all): 3887 |
| Street Address of Debtor (including zip code):<br>920 S. Euclid Avenue<br>Villa Park, IL  60181 | Street Address of Joint Debtor (including zip code):<br>920 S. Euclid Avenue<br>South Elgin, IL  60181 |
| County of Residence or of the<br>Principal Place of Business: DuPage | County of Residence or Principal Place of Business:<br>Principal Place of Business: DuPage |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue**  (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately
   preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor**   (Check all boxes that apply)

☒ Individual(s)                    ☐ Railroad
☐ Corporation                     ☐ Stockbroker
☐ Partnership                     ☐ Commodity Broker
☐ Other

**Nature of Debts**   (Check one box)

☒ Consumer/Non-Business          ☐ Business

**Chapter 11 Small Business**   (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under
   11 U.S.C. § 1121(e) (Optional)

**Chapter or Section of Bankruptcy Code Under Which
the Petition is Filed**   (Check one box)

☒ Chapter 7      ☐ Chapter 11      ☐ Chapter 13
☐ Chapter 9      ☐ Chapter 12
☐ Sec. 304 - Case ancillary to foreign proceeding

**Filing Fee**   (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only).
   Must attach signed application for the court's consideration
   certifying that the debtor is unable to pay fee except in installments.
   Rule 1006(b). See Official Form.

**Statistical/Administrative Information**     (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will
   be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-15 | ☒ 16-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1000-over |
|---|---|---|---|---|---|

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1)(12/03)                                                                    FORM B1, Page 2

| VOLUNTARY PETITION | Name of Debtor(s):  BALGEMANN |
| | BALGEMANN |

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## SIGNATURES

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under Chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

_____
Signature of Debtor                        Date

_____
Signature of Co-Debtor                     Date

### Signature of Attorney

_____
Signature of Attorney

State Bar Member Number: 1373706

_____
 Date

Street Address:
  1275 Davis Road, Suite 131
  Elgin, IL  60123

Telephone Number:
  847-695-9800

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

_____
Signature of Authorized Individual         Date

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

_____
Signature of Attorney                      Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.
☒  No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number  (Required by 11 U.S.C. § 110(c).)

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

_____
Signature of Bankruptcy Petition Preparer   Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

In re:   **Balgemann, Henry F. and Kay**                                    Case No.
_____                                    _____
         **Debtor**                                                      (if known)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois, Eastern Division

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D,
E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the
amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $250,000.00 | | |
| B - Personal Property | Yes | 5 | $4,650.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $318,480.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | $00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $164,241.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $2,902.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $4,947.00 |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | $254,650.00 | | |
| Total Liabilities | | | | $482,721.00 | |

In re: ___Balgemann, Henry F. and Kay___,                      Case No. _____
                    **Debtor**                                      (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community".  If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Personal residence: 920 S. Euclid Ave, Villa Park, IL | | | $250,000 | $318.480 |
| | | Total | $250,000.00 | |

In re: _____  Case No. _____
Balgemann, Henry F. and Kay
           **Debtor**                                    (if known)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| | | | | |

Total

In re:    Balgemann, Henry F. and Kay    Case No.

Debtor    (if known)

# SCHEDULE B - PERSONAL PROPERTY

   Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attach a separate sheet properly identified with the same case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community". If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

   **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

   If the property is being held for the debtor by someone else, state the person's name and address under "Description and Location of Property".

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | ☐ | Cash | | $100 |
| 2. Checking, savings or other financial accounts, CD's, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses or cooperatives. | ☐ | Charter One, Lombard, IL (checking)<br>Fifth Third Bank, Lombard, IL (checking) | | $600 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | ☒ | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | ☐ | Home furniture and decor | | $800 |

In re:          Balgemann, Henry F. and Kay          Case No.

**Debtor**                                                                                          (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | ☒ | | | |
| 6.  Wearing apparel. | ☐ | Clothing | | $400 |
| 7.  Furs and jewelry. | ☐ | Jewelry | | $150 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | ☒ | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | ☒ | | | |
| 10.  Annuities.  Itemize and name each issuer. | ☒ | | | |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | ☒ | | | |
| 12.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | ☐ | Aunt Gen's Down Home Foods - no commercial value | | $100 |

In re: Balgemann, Henry F. and Kay                                           Case No.
_____
                    **Debtor**                                              (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Interest in partnerships or joint ventures. Itemize. | ☒ | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | ☒ | | | |
| 15. Accounts receivable. | ☒ | Loans to Aunt Gen's Down Home Foods, Inc. | | uncollectible |
| 16. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled. Give particulars. | ☒ | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | ☒ | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | ☒ | | | |
| 19. Contingent and noncontingent interests in estate of a decedant, death benefit plan, life insurance policy, or trust. | ☒ | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | ☒ | | | |

In re: Balgemann, Henry F. and Kay                                     Case No.

**Debtor**                                                              (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Patents, copyrights, and other intellectual property. Give particulars. | ☒ | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | ☒ | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | ☐ | 1994 Dodge Caravan, 115,000 miles ($1,000)<br>1993 Mitsubishi Diamante Wagon, 160,000 miles ($1200) | | $2,200 |
| 24. Boats, motors, and accessories. | ☒ | | | |
| 25. Aircraft and accessories. | ☒ | | | |
| 26. Office equipment, furnishings, and supplies. | ☐ | 1998 HP computer; 2003 Dell computer & peripherals | | $300 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | ☒ | | | |
| 28. Inventory. | ☒ | | | |

In re:
Balgemann, Henry F. and Kay

**Debtor**

Case No.

(if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Animals. | ☒ | | | |
| 30. Crops - growing or harvested.  Give particulars. | ☒ | | | |
| 31. Farming equipment and implements. | ☒ | | | |
| 32. Farm supplies, chemicals, and feed. | ☒ | | | |
| 33. Other personal property of any kind not already listed, such as season tickets. Itemize. | ☒ | | | |
| | ☐ | | | |
| | ☐ | | | |
| | ☐ | | | |
| | | Total | | $4,650.00 |

In re: _____     Case No. _____
      Balgemann, Henry F. and Kay
      **Debtor**                                        (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
|  | ☐ |  |  |  |
|  | ☐ |  |  |  |
|  | ☐ |  |  |  |
|  | ☐ |  |  |  |
|  | ☐ |  |  |  |
|  | ☐ |  |  |  |
|  | ☐ |  |  |  |
|  | ☐ |  |  |  |
|  |  | Total |  | $4,650.00 |

In re:    Balgemann, Henry F. and Kay        Case No.
_____        _____
                    **Debtor**                    (if known)


# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under: (check one box)

☐  11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d).  **Note: These exemptions are available only in certain states.**

☒  11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Personal residence: 920 S. Euclid Ave, Villa Park, IL | 735-5/12-901,  735-5/12-906 | $15,000 | $250,000 |
| Cash | 735-5/12-1001(b) | $100 | $100 |
| Charter One, Lombard, IL (checking) Fifth Third Bank, Lombard, IL (checking) | 735-5/12-1001(b) | $600 | $600 |
| Home furniture and decor | 735-5/12-1001(b) | $800 | $800 |
| Clothing | 735-5/12-1001(a) | $400 | $400 |
| Jewelry | 735-5/12-1001(b) | $150 | $150 |

In re:    Balgemann, Henry F. and Kay    Case No.

**Debtor**                                                                (if known)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Aunt Gen's Down Home Foods - no commercial value | 735-5/12-1001(b) | $100 | $100 |
| 1994 Dodge Caravan, 115,000 miles ($1,000)<br>1993 Mitsubishi Diamante Wagon, 160,000 miles ($1200) | 735-5/12-1001(c) | $2,400 | $2,200 |
| 1998 HP computer; 2003 Dell computer & peripherals | 735-5/12-1001(b) | $300 | $300 |

In re: ___Balgemann, Henry F. and Kay___      Case No. _____
          **Debtor**                                          (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgement liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number: 37877818<br>Washington Mutual<br>P. O. Box 70308<br>Charlotte, NC  28272-0308 | ☐ | | 1998; home mortgage<br><br>VALUE $ | ☐ | ☐ | ☐ | $121,000 | |
| Account Number:00439800867004<br>Bank One<br>P. O. Box 3211<br>Milwaukee, WI  53201-5211 | ☐ | | 1990;  home equity loan<br><br>VALUE $ | ☐ | ☐ | ☐ | $48,480 | |
| Account Number: 115905-2<br>Option One Mortgage Corp.<br>3 Ada<br>Irvine, CA  92618 | ☐ | | loan<br><br>VALUE $ | ☐ | ☐ | ☐ | $124,000 | |
| Account Number:<br>Elgin Financial<br>1665 Larkin Avenue<br>Elgin, IL  60123 | ☐ | | loan<br><br>VALUE $ | ☐ | ☐ | ☐ | $25,000 | |
| | | | Subtotal<br>(Total of this page) | | | | $318,480.00 | |
| | | | Total<br>(Use only on last page) | | | | $318,480.00 | |

_1_  continuation sheets attached

In re: _____    Case No. _____
Balgemann, Henry F. and Kay

**Debtor**    (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number: _____ | ☐ | | | ☐ | ☐ | ☐ | | |
| | | | VALUE $ _____ | | | | | |
| Account Number: _____ | ☐ | | | ☐ | ☐ | ☐ | | |
| | | | VALUE $ _____ | | | | | |
| Account Number: _____ | ☐ | | | ☐ | ☐ | ☐ | | |
| | | | VALUE $ _____ | | | | | |
| Account Number: _____ | ☐ | | | ☐ | ☐ | ☐ | | |
| | | | VALUE $ _____ | | | | | |
| Account Number: _____ | ☐ | | | ☐ | ☐ | ☐ | | |
| | | | VALUE $ _____ | | | | | |
| Account Number: _____ | ☐ | | | ☐ | ☐ | ☐ | | |
| | | | VALUE $ _____ | | | | | |
| Account Number: _____ | ☐ | | | ☐ | ☐ | ☐ | | |
| | | | VALUE $ _____ | | | | | |

Subtotal
(Total of this page)    $0.00

Total
(Use only on last page)

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

In re: _____    Case No. _____
Balgemann, Henry F. and Kay
_____
            **Debtor**                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled Codebtor, include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

☒   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extend provided in 11 U.S.C. § 507(a)(3).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer of fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐   **Deposits by individuals**

Claims of individuals up to $2,225* deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐   **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTR, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____ continuation sheets attached

In re:  Balgemann, Henry F. and Kay                    Case No.
_____
                    **Debtor**                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 4264 2960 7902 9895<br>AAA Financial Services<br>P. O. Box 15137<br>Wilmington, DE 19886-5137 | ☐ | | 2001-2004; credit card purchases | ☐ | ☐ | ☐ | $19,284 |
| Account Number: 3726 622126 91003<br>American Express<br>P. O. Box 360002<br>Ft. Lauderdale, FL 33336-0002 | ☐ | | 2001-2004; credit card purchases | ☐ | ☐ | ☐ | $20,353 |
| Account Number: 5291 0713 7589 7152<br>Capital One<br>P. O. Box 60000<br>Seattle, WA 98190-6000 | ☐ | | 2001-2004; credit card purchases | ☐ | ☐ | ☐ | $746 |
| Account Number: 4305 8703 8462 0282<br>Chase BankCard Services, Inc.<br>P. O. Box 52188<br>Phoenix, AZ 85072-2188 | ☐ | | 2001-2004; credit card purchases | ☐ | ☐ | ☐ | $7,226 |
| | | | | | | Subtotal<br>(Total of this page) | $47,609.00 |
| | | | | | | Total<br>(Use only on last page) | |

__3__ continuation sheets attached

In re: ___Balgemann, Henry F. and Kay___    Case No. _____
              **Debtor**                              (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim.  If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 5444 0024 8273 3200 <br> Fifth Third Credit <br> P. O. Box 740789 <br> Cincinnati, OH  45274-0789 | ☐ | | 2001-2004; credit card purchases | ☐ | ☐ | ☐ | $2,488 |
| Account Number: 4681 2110 1025 9266 <br> Harris Bankcard Services <br> P. O. Box 15137 <br> Wilmington, DE  19886-5137 | ☐ | | 2001-2004; credit card purchases | ☐ | ☐ | ☐ | $11,050 |
| Account Number: 379 247 366 4 <br> J C Penney <br> P. O. Box 981131 <br> El Paso, TX  79998 | ☐ | | 2004; credit card purchases | ☐ | ☐ | ☐ | $1,658 |
| Account Number: DB0057491892 <br> Sherman Hospital <br> c/o Pellettieri & Associates <br> 991 Oak Creek Drive <br> Lombard, IL  60148 | ☐ | | 2003; medical services | ☐ | ☐ | ☐ | $555 |
| Account Number: 01 78797 06486 6 <br> Sears <br> P. O. Box 182149 <br> Columbus, OH  43218-2149 | ☐ | | 2004; credit card purchases | ☐ | ☐ | ☐ | $1,682 |
| Account Number: 637 219 791 <br> Shell <br> P. O. Box 9151 <br> Des Moines, IA  50368 | ☐ | | 2004; credit card purchases | ☐ | ☐ | ☐ | $1,870 |
| Account Number: 70C172 <br> Nicor Solutions <br> P. O. Box 3042 <br> Naperville, IL  60566-7042 | ☐ | | 2004; service charge | ☐ | ☐ | ☐ | $309 |
| | | | Subtotal <br> (Total of this page) | | | | $19,612.00 |
| | | | Total <br> (Use only on last page) | | | | |

Sheet no. _1_ of _3_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re: _____    Case No. _____
Balgemann, Henry F. and Kay

**Debtor**    (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 142878<br>Associated Pathology Consultants<br>P. O. Box 3680<br>Peoria, IL 61612-3680 | ☐ | | 2003; medical services | ☐ | ☐ | ☐ | $58 |
| Account Number: _____<br>Juergensmeyer & Associates<br>1275 Davis Road, Suite 131<br>Elgin, IL 60123 | ☐ | | 1999-2001; legal services | ☐ | ☐ | ☐ | $1,466 |
| Account Number: _____<br>Monogram Credit Card Bank of Georgia<br>c/o Blatt, Hasenmiller, Leibsker & Moore<br>125 S. Wacker Drive, Suite 400<br>Chicago, IL 60606 | ☐ | | 2004; credit card charges (lawsuit) | ☐ | ☐ | ☐ | $1,700 |
| Account Number: 27324<br>Drs. Finger & Bennett, Ltd.<br>1425 N. McLean Blvd.<br>Elgin, IL 60123-5702 | ☐ | | 2004; medical services | ☐ | ☐ | ☐ | $468 |
| Account Number: 25287<br>Elmhurst Medical Associates<br>Dr. Elaine Spirakes<br>183 Addison Avenue<br>Elmhurst, IL 60126-2748 | ☐ | | 2004; medical services | ☐ | ☐ | ☐ | $107 |
| Account Number: E892237<br>Elmhurst Memorial Hospital<br>P. O. Box 92348<br>Chicago, IL 60675-2348 | ☐ | | 1/2005; medical services | ☐ | ☐ | ☐ | $50 |
| Account Number: 198203<br>Dr. John W. Laude<br>c/o KCA Financial Services<br>628 North Street<br>Geneva, IL 60134 | ☐ | | 2004; medical services | ☐ | ☐ | ☐ | $34 |

Subtotal
(Total of this page)    $3,883.00

Total
(Use only on last page)

Sheet no. _2_ of _3_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re: Balgemann, Henry F. and Kay L.      Case No.

**Debtor**              (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 367812<br>Elmhurst Emergency Medical Services<br>900 Oakmont Lane, Suite 200<br>Westmont, IL  60559 | ☐ | | 2004; medical services | ☐ | ☐ | ☐ | $85 |
| Account Number: 185974<br>Midwest Heart Specialist<br>135 S. LaSalle St., Dept. 3496<br>Chicago, IL  60674 | ☐ | | 2004; medical services | ☐ | ☐ | ☐ | $208 |
| Account Number: 142878<br>Associated Pathology Consultants<br>c/o Northwest Collectors, Inc.<br>3601 Algonquin Rd., Suite 500<br>Rolling Meadows, IL  60008-3104 | ☐ | | 2004; medical services | ☐ | ☐ | ☐ | $55 |
| Account Number: DB0057491892<br>Provena St. Joseph Hospital<br>77 N. Airlite<br>Elgin, IL 60123 | ☐ | | 2004; medical services | ☐ | ☐ | ☐ | $480 |
| Account Number:  L9559<br>Chicago Title<br>171 N. Clark Street, 8th Floor<br>Chicago, IL  60601 | ☐ | | 1998; loan | ☐ | ☐ | ☐ | $30,000 |
| Account Number: LDP 3476514005<br>Small Business Association<br>Illinois District Office<br>500 W. Madison Street, Ste. 1250<br>Chicago, IL  60661-2511 | ☐ | | 1998; loan for business | ☐ | ☐ | ☐ | $6,000 |
| Account Number: 30234450 134<br>United Mortgage & Loan Investment, Ltd.<br>P. O. Box 471827<br>Charlotte, NC  28247-1827 | ☐ | | 1998; loan | ☐ | ☐ | ☐ | $56,309 |
| | | | | | | Subtotal<br>(Total of this page) | $93,137.00 |
| | | | | | | Total<br>(Use only on last page) | $164,241.00 |

Sheet no.  3  of  3   continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re: _____      Case No. _____
       Balgemann, Henry F. and Kay

**Debtor**                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

    State nature of debtor's interest in contract, i.e. "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.

    Provide the names and complete mailing addresses of all other parties to each lease or contract described.

    NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

   ☒  Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property. State Contract Number of Any Government Contract |
|---|---|
| | |

In re: _____Balgemann, Henry F. and Kay_____   Case No. _____
                        **Debtor**                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒   Check this box if debtor has no codebtors.

| Name and Mailing Address of Codebtor | Name and Mailing Address of Creditor |
|---|---|
|  |  |

In re: _____ Balgemann, Henry F. and Kay _____    Case No. _____
_____
                      **Debtor**                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: married | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| | | | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Sales Manager | Broker |
| Name of Employer | Gwenco Metal Fabricating Corp. | Betty's Kitchen/Imperial Food Services |
| How Long Employed | 2 years | 1 month-commission only-none received |
| Address of Employer | 9208 W. Grand Avenue<br>Franklin Park, IL  60131 | 740 Schneider Drive<br>South Elgin, IL  60177 |

**Income:** (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 2,383.00 | $ |
| Estimated monthly overtime | $ | $ |
| SUBTOTAL | $ 2,383.00 | $           0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 796.00 | $ |
| b. Insurance | $ 185.00 | $ |
| c. Union dues | $ | $ |
| d. Other (Specify: ) | $ | $ |
| e. Other (Specify: ) | $ | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 981.00 | $           0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,402.00 | $           0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| Income from real property | $ | $ |
| Interest and dividends | $ | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above (Specify:  ) | $ | $ |
| Social security or other government assistance (Specify:  ) | $ | $ |
| Pension or retirement income | $ | $ |
| Other monthly income (Specify: commissions (net) | $ 1,500 | $ |
| TOTAL MONTHLY INCOME | $ 2,902.00 | $           0.00 |

TOTAL COMBINED MONTHLY INCOME      $  2,902.00

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re: _____ Balgemann, Henry F. and Kay _____ Case No. _____
         **Debtor**                                                                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,376 |
|     Are real estate taxes included?  ☐ Yes  ☐ No | | |
|     Is property insurance included?  ☐ Yes  ☐ No | | |
| Utilities:  Electric and heating fuel | $ | 188 |
|     Cable | $ | |
|     Water and sewer | $ | 57 |
|     Telephone | $ | 300 |
|     Other:  Internet | $ | 54 |
| Home maintenance (repairs and upkeep) | $ | |
| Food | $ | 400 |
| Tobacco and Alcohol | $ | |
| Health and Beauty Products | $ | 30 |
| Clothing | $ | |
| Laundry and dry cleaning | $ | 12 |
| Medical and dental expenses | $ | 40 |
| Transportation (not including car payments) | $ | 200 |
| Recreation, clubs and entertainment, newspapers, magazines | $ | 24 |
| Charitable contributions | $ | |
| Automobile Repairs | $ | 50 |
| School Tuition | $ | |
| School Related Expenses | $ | |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|     Homeowner's or renters | $ | |
|     Life | $ | |
|     Health | $ | |
|     Auto | $ | 70 |
|     Other: | $ | |
| Taxes (not deducted from wages or included in home mortgage payments) | $ | |
| Installment payments: (In chapter 12 or 13 cases, do not list payments to be included in the plan) | | |
|     Auto | $ | |
|     Other:  credit card payments | $ | 2,100 |
|     Other:  bank charges, overdrafts | $ | 46 |
| Alimony, maintenance, and support paid to others | $ | |
| Payments for support of additional dependents not living at your home | $ | |
| Day Care | $ | |
| Pet Care | $ | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| Other: | $ | |
| TOTAL MONTHLY EXPENSES | $ | 4,947.00 |

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A.  Total projected monthly income | $ |
| B.  Total projected monthly expenses | $ |
| C.  Excess income (A minus B) | $ |
| D.  Total amount to be paid into plan each | $ |

In re: _____          Case No. _____
Balgemann, Henry F. and Kay

          **Debtor**                                                        (if known)

# DECLARATION CONCERNING DEBTOR(S) SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets (total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

_____          _____
               Date                                               **Signature of Debtor**

_____          _____
               Date                                               **Signature of Co-Debtor**

* * * * * *

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

_____          _____
               Date                                       **Signature of Authorized Individual**

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.

FORM 7. STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois, Eastern Division

In Re:             Balgemann, Henry F. and Kay                    Case No. _____

**Debtor**                                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19-25.  If the answer to any question is "None", mark the box labeled "None".  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

DEFINITIONS

"In business."  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider."  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1.  Income from employment or operation of business**

None ☐        State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Amount | Source (if more than one) |
|---|---|
| $24,410 | 2003 employment |
| $50,529 | 2004 employment |
| $32,774 | 2005 employment through 6/30/05 |

**2. Income other than from employment or operation of business**

None ☒    State the amount of income received by the debtor other than from employment, trade, profession, or operation
of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.
If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or
chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

Amount                                                    Source (if more than one)

**3.  Payments to creditors**

None ☒    a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than
$600 to any creditor, made within 90 days immediately preceding the commencement of this case.  (Married debtors filing
under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|
| Washington National | monthly | $900 | $121,000 |
| Bank One | monthly | $550 | $48,480 |

None ☒   possible payments made within one year immediately preceding the commencement of this case or for the benefit of
creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Name and Address of Creditor

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐   a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding
the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Monogram Credit Card Co. of Georgia v. Kay Balgemann, Case No. 05 SC 408 | small claims suit | Cook County Circuit Court | pending |

None  ☒   a. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year
immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| Name and Address of Person for Whose Benefit Property was Seized | Date of Seizure | Description and Value of Property |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None  ☒   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor or Seller | Date of Repossession, Foreclosure Sale, Transfer or Return | Description and Value of Property |
|---|---|---|

**61. Assignments and receiverships**

None ☒    a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Assignee | Date of Assignment | Terms of Assignment or Settlement |
|---|---|---|

None ☒    b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Custodian | Name and Location of Court Case Title and Number | Date of Order | Description and Value of Property |
|---|---|---|---|

None ☒   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person or Organization | Relationship to Debtor, if any | Date of Gift | Description and Value of Gift |
|---|---|---|---|

### 8. Losses

None ☒   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Description and Value of Property | Description of circumstances and, if loss was covered in whole or in part by insurance, give particulars | Date of Loss |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| Name and Address of Payee | Date of Payment, Name of Payor if other than Debtor | Amount of Money or Description and Value of Property |
|---|---|---|
| U.S. Bankruptcy Clerk | September, 2004 | $209 |
| Juergensmeyer & Associates | Aug., 2004 | $500 |
| | July 2005 | $1000 |

b. Other transfers

None ☒        List all other property, other than property transferred in the ordinary course of the business or financial affairs of
              the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this
              case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or
              not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Transferee, Relationship to Debtor | Date | Describe Property Transferred and Value Received |
|---|---|---|

### 11.  Closed financial accounts

None ☒        List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were
              closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include
              checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in
              banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.
              (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held
              by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
              petition is not filed.)

| Name and Address of Institution | Type and Number of Account and Amount of Final Balance | Amount and Date of Sale or Closing |
|---|---|---|

### 12.  Safe deposit boxes

None ☒        List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables
              within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or
              chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the
              the spouses are separated and a joint petition is not filed.)

| Name and Address of Bank or Other Depository | Names and Addresses of those with Access to Box or Depository | Description of Contents | Date of Transfer or Surrender, if any |
|---|---|---|---|

None  ☒    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Date of Setoff | Amount of Setoff |
| --- | --- | --- |

### 14.  Property held for another person

None  ☒    List all property owned by another person that the debtor holds or controls.

| Name and Address of Owner | Description and Value of Property | Location of Property |
| --- | --- | --- |

### 15.  Prior address of debtor

None  ☒    If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| Address | Name Used | Dates of Occupancy |
| --- | --- | --- |

**Spouses and Former Spouses**

None ☒        If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

Name

## 17.  Environmental information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☒    a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|

None ☒    b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|

None ☒   c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
         respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or
         was a party to the proceeding, and the docket number.

| Name and Address of Governmental Unit | Docket Number | Status or Disposition |
| --- | --- | --- |

### 18.  Nature, location and name of business

None ☐   a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the
         businesses, and beginning and ending dates of all businesses in which the debtor was an officer,
         director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed
         professional within the six-years immediately preceding the commencement of this case, or in which the debtor
         owned 5 percent or more of the voting or equity securities within the six years immediately preceding the
         commencement of this case.

         If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the
         businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
         percent or more of the voting or equity securities within the six years immediately preceding the
         commencement of this case.

         If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the
         businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
         percent or more of the voting or equity securities within the six years immediately preceding the
         commencement of this case.

| Name, Taxpayer I.D. Number, Address | Nature of Business | Beginning and Ending Dates |
| --- | --- | --- |
| Aunt Gen's Down Home Foods, Inc., an Illinois corporation 920 E. Euclid Ave, Villa Park, IL | food | Incorporated in 1988 and 1998; still in operation, but does not produce any income |

None ☒   b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as
         defined in 11 U.S.C. § 101.

| Name | Address |
| --- | --- |

[If completed by an individual or individual and spouse.]
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

_____                    _____
            Date                                                    **Signature of Debtor**


_____                    _____
            Date                                                    **Signature of Co-Debtor**

* * * * * *


[If completed on behalf of a partnership or corporation]
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

_____                    _____
            Date                                                    **Signature of Authorized Individual**


                                                    _____
                                                          Print Name and Title


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.

In re: Balgemann, Henry F. and Kay   Case No.
_____
         **Debtor**                                    (if known)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois, Eastern Division

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  My intention with respect to the property of the estate which secures those consumer debts are as follows:

    A.   Property To Be Surrendered

Description of Property                          Creditor's Name

    B.   Property To Be Retained

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| Personal residence | See Schedule D | ☐ | ☐ | ☒ |
| | | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ |

3.  I understand that § 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of intentions and my attachments thereto and that they are true and correct.

_____          _____
           Date                                              **Signature of Debtor**

_____          _____
           Date                                            **Signature of Co-Debtor**

In re: _____   Case No. _____
                Balgemann, Henry F. and Kay

_____
        Debtor                                                    (if known)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois, Eastern Division

### STATEMENT
### Pursuant to Rule 2016(b)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that the compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with this bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,500 |
| Prior to the filing of this statement I have received | $ | 1,500 |
| Amount of filing fee in this case paid | $ | 209 |
| Balance Due | $ | 0 |

2.  The source of the compensation paid to me was:

    ☒ Debtor(s)          ☐ Other    (Specify: )

3.  The source of the compensation to be paid to me is:

    ☒ Debtor(s)          ☐ Other    (Specify: )

4.  ☒  I have not agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    ☒  Analysis of the debtor(s) financial situation, and rendering advice to the debtor(s) in determining whether to file a petition in bankruptcy under title 11 of the United States Code.
    ☒  Preparation and filing of any petition, schedules, statements, and plan which may be required.
    ☒  Representation of the debtor(s) at the meeting of creditors.
    ☐  Negotiation of reaffirmation or surrender of secured collateral.
    ☐
    ☐

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    Representation of the debtor in adversary proceedings or other contested bankruptcy matters, including any negotiation of reaffirmations and matters dealing with use or preservation of non-exempt assets, including respossessions or foreclosures.

### CERTIFICATION

        I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____          _____
            Date                                           **Signature of Attorney**

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois, Eastern Division

In Re:           Balgemann, Henry F. and Kay                    Case No. _____

**Debtor**                                                                  (if known)


## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under

penalty of perjury that the attached Master Mailing List of creditors, consisting of  sheet(s) is

complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy

Rules and I/we assume all responsibility for errors and omissions.


_____                      _____
Date                                                                     **Signature of Attorney**


_____                      _____
**Signature of Debtor**                                        **Signature of Co-Debtor**


_____
**Signature of Authorized Individual**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois, Eastern Division

*In re*                                          )
 Henry F. and Kay K. Balgemann                   )
                                                 )
                                                 )      Case No.
                                                 )
                                                 )      Chapter 7
                    Debtor(s)                    )
Address:                                         )
 920 S. Euclid Avenue                            )
 Villa Park, IL                                  )      STATEMENT OF SOCIAL
                                                 )       SECURITY NUMBER(S)
Last four digits of Social Security No(s):       )
all of Employer's Tax Identification No(s) [if any]:  )
                                                 )
                                                 )
_____

1. Name of Debtor: Balgemann, Henry F.
                                    (Last, First, Middle)
*(Check the appropriate box and, if applicable, provide the required information)*

☒   Debtor has a social security number and it is:
     (If more than one, state all)

☐   Debtor does not have a social security number.

2. Name of Joint Debtor: Balgemann, Kav
                                    (Last, First, Middle)
*(Check the appropriate box and, if applicable, provide the required information)*

☒   Joint Debtor has a social security number and it is:
     (If more than one, state all)

☐   Joint Debtor does not have a social security number.

I declare under penalty of perjury that the foregoing is true and correct.


_____          _____
        Signature of Debtor                         Date



_____          _____
        Signature of Co-Debtor                      Date


*\* Joint Debtors must provide information for both spouses*
_____

PENALTY FOR MAKING A FALSE STATEMENT: Fine of up to $250,000 or up to 5 years imprisonment or
both. 11 U.S.C. §§ 152 and 3571